# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Francisco Jimenez-Munoz,<br>(A206 404 761)<br>*Defendant* | Case No. 18-7186 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 15, 2018, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kyra J. Goddard

☒ Continued on the attached sheet.

*Complainant's signature*
Jacob A. Carpenter
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2018

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Casa Grande, Arizona

## ATTACHMENT A

### Count 1

On or about May 15, 2018, Francisco Jimenez-Munoz, an alien, was found in the United States of America at or near Casa Grande, in the County of Pinal, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about December 12, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about May 15, 2018, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Francisco Jimenez-Munoz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Jacob A. Carpenter, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about May 15, 2018, Border Patrol Agents C. Halaby and C. Vu encountered an individual near Casa Grande, Arizona. Agents Halaby and Vu identified themselves as a Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Francisco Jimenez-Munoz, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Jimenez-Munoz was taken to the Casa Grande Border Patrol Station for further processing. Jimenez-Munoz was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Francisco Jimenez-Munoz to be a citizen of Mexico and a previously deported alien. Jimenez-Munoz was removed from the United States to Mexico through Laredo, Texas, on or about December 12, 2017, pursuant to a removal order issued by an immigration judge. There is no record of

Francisco Jimenez-Munoz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Francisco Jimenez-Munoz in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Jimenez-Munoz presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Francisco Jimenez-Munoz entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Jimenez-Munoz's immigration history was matched to him by electronic fingerprint comparison.

5. On or about May 16, 2018, Francisco Jimenez-Munoz was advised of his constitutional rights. Jimenez-Munoz freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

///

///

///

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 15, 2018, Francisco Jimenez-Munoz, an alien, was found in the United States of America at or near Casa Grande, in the County of Pinal, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about December 12, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about May 15, 2018, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Francisco Jimenez-Munoz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Jacob A. Carpenter
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 16th day of May, 2018.

_____
Bridget S. Bade
United States Magistrate Judge

4